JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOCKE,<br><br>            Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. ED CV 16-1560-MWF (SHKx)<br><br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law.  Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

///

///

///

1. Judgment is entered in favor of Defendant County of San Bernardino and Detective Daniel Maddox and against Plaintiff John Gocke on the following six claims: (1) violation of California Bane Act, Cal. Civ. Code § 52.1, *et seq.*; (2) violation of the California Ralph Act, Cal. Civ. Code § 51.7, *et seq.*; (3) negligent infliction of emotional distress; (4) violation of Plaintiff's Fourth Amendment rights; (5) violation of civil rights, false arrest / imprisonment; and (6) violation of civil rights, supervisor liability.
2. Judgment is entered in favor of Defendant the United States of America and against Plaintiff on the following three claims: (1) false arrest / imprisonment; (2) violation of Plaintiff's Fourth Amendment rights; and (3) battery.
3. Judgment is entered in favor of Plaintiff and against Defendant the United States of America on the following three claims: (1) assault; (2) negligence; and (3) conversion.
4. Damages are awarded to Plaintiff in the amount of $71,234.36.
5. Defendants County of San Bernardino and Detective Daniel Maddox are awarded costs against Plaintiff as provided by law. Plaintiff is awarded costs against Defendant United States of America as provided by law.

Dated: July 10, 2020

MICHAEL W. FITZGERALD
United States District Judge